UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Boards of Trustees, et al. | : |
| Plaintiffs, | : |
| vs. | : Case No. C2-04-498 |
| Severino Construction, Inc., et al. | : Judge Marbley |
| Defendants. | : Magistrate Judge Kemp |

**AGREED ORDER OF DISMISSAL**

Upon agreement of the parties, the within cause is hereby dismissed, with prejudice.

SO ORDERED.

```
/s/ Terence P. Kemp
United States Magistrate Judge
```

APPROVED:

___/s/ Steven L. Ball_____
Steven L. Ball (0007186)
Ball & Tanoury
700 Ackerman Road – Suite 450
Columbus, OH  43202
(614) 447-8550
Trial Attorney for Plaintiffs


___/s/ Joseph F. Murray_____
Joseph F. Murray (0063373)
Murray Murphy Moul & Basil LLP
326 S. High Street – Suite 400
Columbus, OH  43215
(614) 469-0400
Trial Attorney for Defendants